**Order entered August 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01668-CR
No. 05-12-01669-CR

**DONALD STEVENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-54028-R, F12-54029-R**

## ORDER

The Court **REINSTATES** the appeals.

On July 29, 2013, we ordered the trial court to make findings regarding the status of the appeal. We **ADOPT** the findings that: (1) appointed counsel David Pire has been unable to complete appellant's brief due to health issues; and (2) John Tatum has been appointed as appellant's attorney in place of Mr. Pire.

We **DIRECT** the Clerk to substitute John Tatum as appellant's attorney of record in place of David Pire.

We **ORDER** appellant to file a brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to David Pire, John Tatum, and the Dallas County District Attorney's Office.

/s/      LANA MYERS
            JUSTICE